UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DAVID TODD JAEDER<br>    Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| DAVID TODD JAEDER<br>    Respondent(s) | :<br>: CASE NO. 1-20-bk-02214 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 6th day of April, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. Sec. 507.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.
   b. The plan is underfunded relative to claims to be paid.
   c. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court.

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. 2019 Federal Income Tax return.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

# CERTIFICATE OF SERVICE

       AND NOW, this 7th day of April, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

J. Zac Christman, Esquire
530 Main Street
Stroudsburg, PA 18360

                                                     /s/Deborah A. Behney
                                                     Office of Charles J. DeHart, III
                                                     Standing Chapter 13 Trustee