```
                                   United States Bankruptcy Court
                                   Middle District of Pennsylvania
In re:                                                                   Case No. 20-00691-RNO
David Todd Jaeder                                                        Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke              Page 1 of 2              Date Rcvd: Apr 07, 2020
                               Form ID: ntcnfhrg            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2020.
db             +David Todd Jaeder,    272 Sycamore Drive,    East Stroudsburg, PA 18301-8236
cr              Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
                 Harrisburg, PA   17128-0938
5305342        +Cleo Hall,    272 Sycamore Drive,    East Stroudsburg, PA 18301-8236
5305345        +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5305347        +Midland Credit Management,    PO Box 301030,    Los Angeles CA 90030-1030
5305350         NY State Dept of Taxation and Finance,    PO Box 5300,    Albany NY 12205-0300
5305353        +Premier BKCRD/First Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
5305357        +Woodlands-Cranberry Comm Inc,    c/o NEPA Management Associates,    7164 Route 209,
                 Stroudsburg PA 18360-7108
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5305341        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 20:38:59     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5311448         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 07 2020 20:38:16
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
5305343        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 07 2020 20:38:23     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
5305344         E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 07 2020 20:20:07     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadlphia PA 19101-7346
5313230         E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 07 2020 20:37:29     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
5305346        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 07 2020 20:38:51     Merrick Bank Corp,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
5305349        +E-mail/Text: MKnitter@monroecountypa.gov Apr 07 2020 20:20:38
                 Monroe County Tax Claim Bureau,    One Quaker Plaza,    Room 104,   Stroudsburg PA 18360-2141
5305354        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 20:37:46     PYOD, LLC,
                 Resurgent Capital Services LLC,    P.O. Box 10497,    Greenville, SC 29603-0497
5308623        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2020 20:37:45     PYOD, LLC,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5305351        +E-mail/Text: ebn@vativrecovery.com Apr 07 2020 20:20:13     Palisades Collection, LLC,
                 210 Sylvan Ave,    Englewood Cliffs NJ 07632-2510
5305352        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2020 20:20:26     Pennsylvania Dep't of Revenue,
                 PO Box 280946,    Attn: Bankruptcy Division,    Harrisburg PA 17128-0946
5309493         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 07 2020 20:20:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
5305355        +E-mail/Text: jennifer.chacon@spservicing.com Apr 07 2020 20:20:57
                 Select Portfolio Servicing,    Attn: Bankruptcy Department,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
5305356        +E-mail/Text: ebn@vativrecovery.com Apr 07 2020 20:20:13     Vativ Recovery Solutions, LLC,
                 10235 W Little York Rd Ste 160,    Houston, TX 77040-3231
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5305348*       +Midland Credit Management, Inc.,    PO Box 301030,    Los Angeles CA 90030-1030
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5                User: AutoDocke              Page 2 of 2                    Date Rcvd: Apr 07, 2020
                                    Form ID: ntcnfhrg            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 1 David Todd Jaeder zac@fisherchristman.com,
           office@fisherchristman.com
          James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           the Asset Backed Securities Corporation Long Beach Home Et Al... bkgroup@kmllawgroup.com
          Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance  Commonwealth of Pennsylvania,
           Department of Revenue mvaneck@attorneygeneral.gov,  ARC-CourtMiddleDistrict@attorneygeneral.gov
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
| --- | --- | --- |
| David Todd Jaeder, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20–bk–00691–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Max Rosenn US Courthouse, 197 South Main Street, Courtroom 2, Wilkes–Barre, PA 18701 | Date: June 3, 2020 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 7, 2020 |

ntcnfhrg (03/18)