| | |
|---|---|
| In re: | Case No. 20-00691-PMM |
| David Todd Jaeder | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 24, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5305342 | + Cleo Hall, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Debtor 1 David Todd Jaeder zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Et Al... bkgroup@kmllawgroup.com |
| Melissa L. Van Eck | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov DPugh@monroecountypa.gov |
| Rebecca Ann Solarz | |

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1
bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Todd Jaeder <br> <u>Debtor</u> <br><br> Select Portfolio Servicing, Inc., servicing agent for Deutsche Bank National Trust Company, as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 <br> <u>Movant</u> <br> vs. <br><br> David Todd Jaeder <br> <u>Debtor</u> <br><br> Cleo B. Hall <br> <u>Co-Debtor</u> <br><br> Jack N. Zaharopoulos, Esquire <br> <u>Trustee</u> | CHAPTER 13 <br><br> NO. 20-00691 PMM <br><br> 11 U.S.C. Sections 362 & 1301 |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: May 24, 2021

Patricia M. Mayer, Judge
United States Bankruptcy Court