UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DAVID TODD JAEDER

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 5-20-00691-MJC |
| vs. | |
| DAVID TODD JAEDER | |
| Respondent(s) | |

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on October 6, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   October 6, 2021                        Respectfully submitted,

/s/   Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     DAVID TODD JAEDER

                CHAPTER 13

          Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE        CASE NO: 5-20-00691-MJC
          Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

       November 3, 2021 at 09:30 AM
       U.S. Bankruptcy Court
       Max Rosenn U.S. Courthouse
       197 S. Main Street
       Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

      **AMOUNT DELINQUENT AS OF LAST MONTH: $ 15000.00**
      **AMOUNT DUE FOR THIS MONTH: $5000.00**
      **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $20000.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
          **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

      If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 6, 2021

eMail: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DAVID TODD JAEDER

                                         CHAPTER 13

              Debtor(s)

JACK N. ZAHAROPOULOS                    CASE NO: 5-20-00691-MJC
CHAPTER 13 TRUSTEE
              Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 6, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

                                    Served Electronically

| J ZAC CHRISTMAN ESQUIRE | UNITED STATES TRUSTEE |
| --- | --- |
| FISHER CHRISTMAN | SUITE 1190 |
| 530 MAIN STREET | 228 WALNUT STREET |
| STROUDSBURG, PA  18360- | HARRISBURG, PA  17101 |

                                    Served by First Class Mail

DAVID TODD JAEDER
272 SYCAMORE DRIVE
EAST STROUDSBURG, PA  18301

I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 6, 2021                             Bobbie Weigel
                                                      for Jack N. Zaharopoulos, Trustee
                                                      Suite A, 8125 Adams Dr.
                                                      Hummelstown, PA  17036
                                                      Phone:  (717) 566-6097
                                                      eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DAVID TODD JAEDER

          CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant           CASE NO: 5-20-00691-MJC

vs.

DAVID TODD JAEDER           MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.