UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID TODD JAEDER

CHAPTER 13

Debtor(s)

CASE NO: 5-20-00691-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

DAVID TODD JAEDER

Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, comes Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on February 26, 2020.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 08/05/2020, 06/03/2021, 10/06/2021

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 4 months in default with arrearages of $19,500.00 through April 13, 2022.

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: April 13, 2022						Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID TODD JAEDER

Debtor(s)

CHAPTER 13
CASE NO: 5-20-00691-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

DAVID TODD JAEDER

MOTION TO DISMISS

Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    May 10, 2022 at 09:30 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE.**

    Respectfully submitted,

Dated: <u>April 13, 2022</u>

/s/ Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID TODD JAEDER

                                                CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS  
CHAPTER 13 TRUSTEE                   CASE NO: 5-20-00691-MJC
        Movant                                   MOTION TO DISMISS

vs.

DAVID TODD JAEDER

        Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 13, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

    J ZAC CHRISTMAN ESQUIRE            Served electronically  
    FISHER CHRISTMAN  
    556 MAIN STREET, SUITE 12  
    STROUDSBURG, PA 18360-

    DAVID TODD JAEDER                      Served by 1st Class Mail  
    272 SYCAMORE DRIVE  
    EAST STROUDSBURG, PA 18301

    United States Trustee  
    228 Walnut Street  
    Suite 1190                                      Served electronically  
    Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 13, 2022                      /s/ Matt Arcuri  
                                              for Jack N. Zaharopoulos, Trustee  
                                              Suite A, 8125 Adams Dr.  
                                              Hummelstown, PA 17036  
                                              Phone: (717) 566-6097  
                                              eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DAVID TODD JAEDER

            CHAPTER 13

   Debtor(s)

            CASE NO: 5-20-00691-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant

            MOTION TO DISMISS

vs.

DAVID TODD JAEDER

   Respondent(s)

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.