# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DAVID TODD JAEDER                        CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant                                     CASE NO:   5-20-00691-MJC

DAVID TODD JAEDER

        Respondent(s)

## CERTIFICATION OF DEFAULT

     AND NOW on November 30, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

  - make the regular monthly payments to the trustee during the remaining term of the plan.

     As of November 30, 2022, the Debtor(s) is/are $65,600.00 in arrears with a plan payment having last been made on Jul 15, 2022.

     In accordance with said stipulation, the case may be dismissed.

                                                         Respectfully Submitted,
                                                           /s/ Agatha R. McHale, Esquire
                                                           for Jack N. Zaharopoulos, Trustee
                                                           8125 Adams Drive, Suite A
                                                           Hummelstown, PA 17036
                                                           Phone: (717) 566-6097

Dated: November 30, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID TODD JAEDER

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 5-20-00691-MJC

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 30, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| J ZAC CHRISTMAN ESQUIRE<br>FISHER CHRISTMAN<br>556 MAIN STREET, SUITE 12<br>STROUDSBURG, PA 18360- | SERVED ELECTRONICALLY |
| DAVID TODD JAEDER<br>272 SYCAMORE DRIVE<br>EAST STROUDSBURG, PA 18301 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2022

    /s/ Matt Arcuri
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos, Trustee
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    eMail: info@pamd13trustee.com