In re:                                                                  Case No. 20-00691-MJC

David Todd Jaeder                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                  User: AutoDocke                                Page 1 of 3

Date Rcvd: Dec 09, 2022                        Form ID: pdf010                            Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Todd Jaeder, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5305342 | + | Cleo Hall, 272 Sycamore Drive, East Stroudsburg, PA 18301-8236 |
| 5305350 | | NY State Dept of Taxation and Finance, PO Box 5300, Albany NY 12205-0300 |
| 5305357 | + | Woodlands-Cranberry Comm Inc, c/o NEPA Management Associates, 7164 Route 209, Stroudsburg PA 18360-7108 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5305341 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2022 18:52:50 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5311448 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2022 18:52:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5305343 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2022 18:52:50 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5326333 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 09 2022 18:47:00 | Deutsche Bank National Trust Company, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5305344 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2022 18:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5305345 | ^ | MEBN | Dec 09 2022 18:44:55 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5313230 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2022 18:52:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5305346 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2022 18:52:56 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5305347 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 18:47:00 | Midland Credit Management, PO Box 301030, Los Angeles CA 90030-1030 |
| 5322206 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 09 2022 18:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5305349 | + | Email/Text: MKnitter@monroecountypa.gov | Dec 09 2022 18:47:00 | Monroe County Tax Claim Bureau, One Quaker Plaza, Room 104, Stroudsburg PA 18360-2141 |
| 5308623 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 18:52:51 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5305354 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2022 18:52:57 | PYOD, LLC, Resurgent Capital Services LLC, P.O. Box 10497, Greenville, SC 29603-0497 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5305351 | + | Email/Text: ebn@vativrecovery.com | Dec 09 2022 18:47:00 | Palisades Collection, LLC, 210 Sylvan Ave, Englewood Cliffs NJ 07632-2510 |
| 5305352 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2022 18:47:00 | Pennsylvania Dep't of Revenue, PO Box 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5309493 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2022 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5305353 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 09 2022 18:52:56 | Premier BKCRD/First Premier, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 5320044 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2022 18:47:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5305355 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 09 2022 18:47:00 | Select Portfolio Servicing, Attn: Bankruptcy Department, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5305356 | + | Email/Text: ebn@vativrecovery.com | Dec 09 2022 18:47:00 | Vativ Recovery Solutions, LLC, 10235 W Little York Rd Ste 160, Houston, TX 77040-3231 |
| 5322983 | | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2022 18:52:52 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5305348 | *+ | Midland Credit Management, Inc., PO Box 301030, Los Angeles CA 90030-1030 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 Home Equity Loan Pass-Through Certificates, Series 2000-LB1 |

bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

J. Zac Christman

on behalf of Debtor 1 David Todd Jaeder zac@fisherchristman.com office@fisherchristman.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the Asset Backed Securities Corporation Long Beach Home Et Al... bkgroup@kmllawgroup.com

Melissa L. Van Eck

on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov

Monroe County Tax Claim Bureau

TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DAVID TODD JAEDER

                          Debtor 1

Chapter: 13
Case No.: 5:20-bk-00691-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.                  Movant(s)

DAVID TODD JAEDER

                        Respondent(s)

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Dkt. # 84, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor be and it is hereby dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

                                                      By the Court,

                                                      _____
                                                      Mark J. Conway, Bankruptcy Judge
                                                      Dated: December 9, 2022